John Russell WIMBERLEY,
Jr., Plaintiff–Appellant,

v.

Steven T. ROGERS, in his official ca-
pacity as inspector for Wilson, NC;
Mia Smith, in her official capacity as
inspector for Wilson, NC; Burt Gar-
ris, in his official capacity of the Wil-
son Police Department; John Doe, in-
dividually and in his lawful capacity
as locksmith at M & W Locksmith in
Wilson, NC, Defendants–Appellees.

No. 02–2141.

United States Court of Appeals,
Fourth Circuit.

Submitted June 6, 2003.

Decided June 18, 2003.

John Russell Wimberley, Jr., Appellant
Pro Se. James Percy Cauley, III, Tom
Slade Rand, Jr., Rose, Rand, Orcutt, Cau-

ley & Blake, P.A., Wilson, North Carolina, for Appellees.

Before LUTTIG, MICHAEL, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

John Russell Wimberley, Jr., appeals the district court's order dismissing without prejudice his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Wimberley v. Rogers,* No. CA–02–390–5–BO (E.D.N.C. Sept. 11, 2002). Wimberley's motions to deny the Defendants' brief and for injunctive relief are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*